UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In the Matter of
ARBITRATION OF DISPUTES
between
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FIND, UNITE HERE!
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!

Petitioners,

and

STAINLESS PARTNERS, INC.
D/B/A WORLD CLEANERS,

Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 4258 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 03 2008 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on January 2, 2008, directing the Clerk of Court to enter judgment confirming the arbitration award; it is

ORDERED and ADJUDGED that the arbitration award dated August 30, 2007, is confirmed in all respects; and it is further,

ORDERED and ADJUDGED that petitioners have judgment against respondent on the Award in the principal amount of $6,115.99 together with interest from the date of the Award to the date hereof in the amount of $256.39, and costs in the amount of $350.00, for a total judgment of $6,722.38.

Dated: Brooklyn, New York
       June 02, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court